No. 320, Misc. SCHWILLE *v.* RICE, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied. *James P. Donovan* and *William F. Billings* for movant. *Will Wilson,* Attorney General of Texas, *Leon Jaworski, Edward Clark, John D. Cofer* and *Abe Fortas* for respondents.

No. 203. ELI LILLY & Co. *v.* SAV-ON-DRUGS, INC. Appeal from the Supreme Court of New Jersey. Probable jurisdiction noted. *Joseph H. Stamler, Melvin P. Antell* and *Everett I. Willis* for appellant. *Vincent P. Biunno* and *Samuel M. Lane* for appellee. *David D. Furman,* Attorney General of New Jersey, and *Murry Brochin,* Deputy Attorney General, for the State of New Jersey, intervenor-appellee, urging affirmance.

No. 306. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. *v.* UNITED STATES ET AL.; and

No. 307. BENSON, SECRETARY OF AGRICULTURE, *v.* UNITED STATES ET AL. Appeals from the United States District Court for the Eastern District of Wisconsin. Probable jurisdiction noted. *E. R. Eckersall, E. O. Schiewe, R. K. Merrill* and *B. E. Lutterman* for appellant in No. 306. *Carl J. Stephens, Neil Brooks* and *Donald A. Campbell* for appellant in No. 307. *Solicitor General Rankin, Assistant Attorney General Bicks, Richard A. Solomon, Robert W. Ginnane* and *Charlie H. Johns, Jr.* for the United States. *Fletcher Rockwood, Marcellus L. Countryman, Jr., Anthony Kane, Louis E. Torinus, Jr., Charles A. Hart, Jordan J. Hillman, Martin L. Cassell* and *Richard Musenbrock* for the appellee railroad companies. Reported below: 182 F. Supp. 81.